FILED
NOV 20 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

United States District Court
Eastern District of North Carolina

Nigel Max Edge         )
V.                     )
United States of       )    Case No. 7:24-CV-1086-FL
America                )
                       )
                       )

## I.     The Parties to this Complaint

### -The Plaintiff
Nigel Max Edge
157 NW 10th Street
Oak Island NC, 28465

### -The Defendants

### United States of America

William John DeBevoise
Sandra Lynn DeBevoise
511 S Shore Blvd
Boiling Springs Nc 28461

### Clarkstown Police Department
Jimmy McCormik
Officer Barry
20 Maple Ave
New City NY 10956

### Brunswick County Sheriff's Department
Detective Moore
70 Stamp Act Dr NE
Bolivia NC 28422

### Oak Island Police Department
4621 E Oak Island Dr
Oak Island, NC 28465

## Hope for the Warriors (FBI)
Tina Atheral
Robin Kelleher
8003 Forbes Place
Suite 320 Springfield, Va 22151

## Criminal Investigative Division Camp Lejeune
Sean Mandall (Neas Man lab)
3 McHugh Blvd
Camp Lejeune, NC 28547

## 22 Until None
18402 N 19th Ave.
Box 370
Pheonix, AZ 85023

## II. Basis for Jurisdiction
## Federal Question

-The United State's Government has violated Nigel Edge's **8th Amendment right of Protection against Cruel and Unusual Punishment**; and that the following is Cruel and Unusual and directly resulting from the United States Government actions and intentional failures
-The Iraq War was not a war; it was solely the "Abu Ghraib Scandal"
-Crimes against humanity; Genocide and Violation of Human Rights
Human trafficking
Attempted murder-Government organized "Raid" in Iraq during the "Abu Ghraib Scandal," derived from the Epstein Pedophile Ring run by the authorities responsible for the "Attacks on 9/11"
   -Hate Crime (LGBQT toward a straight man(me)) who was raised as a straight male for (LGBTQ)purposes in a illegal pedophile sex ring, and then setup(put in a situation, labelled unknowingly as gay, then setup to be murdered) by the same organization as a hate crime against gay people running the Abu Ghraib Scandal lead by a "Couple Bad Eggs(Bad Gay Couples)"

-William and Sandra DeBevoise are LGBQT White Supremacist Pedophiles directly responsible for:
-Falsifying Birth Certificate for a feral child
-Human Trafficking and Pedophilia developed by a LGBQT Ran pedophile sex ring; involving Clarkstown Police Department and Vanderbilt Lumber Klan members, many of the communications are in LGBQT code language,
-kidnapping and drugging (Involuntary Intoxication) (with growth hormone as a child) the plaintiff for their monetary gain in the film industry
-an attempted murder by overdosing blood pressure medication by the plaintiff's father, again helpless because of not being informed of the situation
-Attempting to turn the plaintiff into a "Home Grown Terrorist (Slander)"

-Published publicly he was going to have the plaintiff murdered a month previous it occurred; with direct communication in LGBTQ language
-Authorities knew this was going to occur and could have prevented it but did not
-Clarkstown Police Department (ran the Pedophile Ring I was the "Trophy," of) lined the streets one night while I snuck over to my former wife's house when we were children
-I was lectured by my high school police officer for not having sex with a girl I thought was to drunk.
-Jimmy McCormik escorted me to people's houses to install fans, that in LGBQT language were all fans of pedophilia developed by the Clarkstown Police Department working with Epstein
-Jimmy Mccormik was hired onto the Clarkstown Police Department as a reward for his actions
-I worked out at the Clarkstown Police Department's gym at my leisure and they knew and worked with my "Father."
-Clarkstown Police Department was tracking my vehicle with GPS

### Criminal Investigative Division, Camp Lejeune, NC (Sean Mandall)
-The Plaintiff did not even know existed until a couple years ago, all while the Plaintiff has been saying something was wrong since surviving my wounds from Iraq; where on the most official mission of my career the U.S. Marine Corp murdered the other man(Corpsman) and attempted to murder me as a (Hate Crime) locally and lead by the "Abu Ghraib Scandal" where the U.S. Government was performing a genocide against straight men by the LGBQT Community running the prison and murdering, torturing/trafficking Iraqi prisoners to fight
-United States was responsible for human rights violation
-I only survived because they thought I was dead
-Once in Abu Ghraib I was tortured by waterboarding
-Physically disabled by medical personnel in Abhu Ghraib; cutting the nerve in my leg
-I was sent home as a drug mule (in my abdomen) in a body bag and branded with a letter "A" on my head
-Strangulation by my "Mother" in Bethesda Maryland Hospital
-My ex-wife put "Crazy glue," on my eyes while I was restrained and then I was told I was in a "Medically Induced Coma," by medical doctors
-I wasn't given pain medication in the hospital, when they did give me medication, they didn't taper me off, they were hoping I would go into shock and die from withdrawal
-My father asked the doctor if they could put me down (like a dog), the doctor followed through and my father told him to do it, my father stated, "Nice knowing you" as he pushed the call button thinking it would "End me(Termini)."
-Withholding everything in hopes with medical malpractice I would commit suicide; Stated in the Newspaper Article
-The night of May 17, 2006 converts to the "71 Way," where 2nd Reconnaissance Battalion's headquarters' is Alpha 71 building, and arrived to the United States on the plaintiff's mother's birthday, May 19, 2006, coordinated by the plaintiff's father who announced his plan in the Rockland Journal Newspaper a month prior

### Federal Bureau of Investigation
-As observed on my false birth certificate I was born in Suffern NY which Translates to a U.S. Firm for NE, the plaintiff is a NE
-the Plaintiff is still being trafficked by corrupt authorities taking bribes

-the Plaintiff has been medically mistreated multiple times in hopes the plaintiff will commit suicide as a "Veteran Martyr" also stated in the article
-The plaintiff is not suicidal, not a criminal, and highly educated
-These wrongdoings are obvious once LGBQT language is discovered and motive uncovered, the plaintiff is only asking for what should be rightly done by the United States Government
-Because the Plaintiff was left uninformed, his house was vandalized on Veteran's Day, with no understanding of why it occurred and was not informed it even occurred until months later, and nothing happened
-This is a disgrace to every man, woman, and child who has survived a war in the defense for America

## Brunswick County Sheriff Department
-Detective Moore was called in when the Plaintiff's "Mother," poisoned the plaintiff with rat poison in his tea and went to the doctor with his mother because he understandably wasn't feeling well
-Det. Moore discussed in front of the plaintiff to his mother that the plaintiff didn't understand the situation and that he was oblivious to the article and what happened, that "They would pay the Bill, if they don't say anything." Converting to "Bill (the plaintiff's father) will pay if you don't say anything."
-knew enough to inform the plaintiff to remove my "Parents," as his "Emergency Contact," but intentionally withheld telling the plaintiff about the article

## Oak Island Police Department
-Harassment after the Plaintiff submitted an FBI tip on his phone, the Police showed up with an attitude saying we know, "Urine pain (Your in pain)," referring to the hate crime the plaintiff survived in Iraq when the plaintiff was urinated on after the raid setup in Iraq
- the entire Island knew the plaintiff was rehabbing a raccoon, police shot the raccoon, which is understandable mistake, however they intentionally told me on my Birthday which reinforces that it was intentional, not a mistake

### Hope for the Warriors-
-Intentionally sabotaged the plaintiff and used the plaintiff's story for their monetary gain multiple times over the years, knowing what he was saying was wrong. Knowing people were going to try to get the plaintiff to "Commit Suicide," as a veteran Martyr, before the plaintiff discovered the Newspaper Article revealing this crime.
-After years of cooperating with H4W, they accused the plaintiff of being a "Woman Beater," in an attempt to get the plaintiff to commit suicide (Slander)
-Many of the veteran's who I met with H4W have "Committed Suicide"
-When the plaintiff finally asked for help from H4W, they denied, revealing the plaintiff was only being used (trafficked once again) for H4W and the film industry, where H4W informed that movies were being created on the plaintiff's life and he should be getting paid; but never was paid

-All of these Authorities owe a duty of security and protection to law abiding Citizens; They have completely disregarded this aspect of their job for the personal agenda. They have actively withheld information, allowing criminal and terrorist activity to occur to murder me.

X Nigel Edge 11/20/24