-This article in the "Journal News," announces publicly in LGBQT/terrorist code of his intent, proof that he is a White Supremacist, using a federally setup war for Pedophiles to /murder/dispose of their prisoners in Iraq, disgracing this country and every military service member throughout history
-Authorities knew before, during and after this crime existed and did nothing but directly lie to me about it because it incriminates them; MALUM IN SE
-Moral turpitude
"OSAMA BIN LADEN"-NEED ALL IN PEE A MASS (RING)0"


-1 million dollars due from William and Sandra DeBevoise amongst the money made derived from his life imprisonment/trafficking in the film industry.

-Punitive damages are 50 million dollars owed by the United States Government and authorities for Human Trafficking and the torture, pain and suffering by damages to Nigel Max Edge.

> LGBT slang, LGBT speak, queer slang, or gay slang is a set of English slang lexicon used predominantly among LGBTQ+ people. It has been used in various languages since the early 20th century as a means by which members of the LGBTQ+ community identify themselves and speak in code with brevity and speed to others.



# The Journal News
White Plains, New York · Sat, Mar 25, 2006
Page 8



## Vanderbilt lumberyard sold to developer

**VANDERBILT, from 1B**

Bevoise, who became business partners in 1895 with Vanderbilt and Billy DeBevoise's great-grandfather.

"I hope they have a successful business, stay and last for another five generations," DeBevoise said of the Willows family's new business.

Willows' son, Mike, 22, hopes so, too.

"I was hoping down the road one day, if we do well, one day maybe I could take it over," said Mike Willows, a recent College of New Jersey graduate with a bachelor's degree in communications.

Vanderbilt's history is a reflection of New City's. It first served as a post office and grocery store, selling coal and livestock feed when New City was mostly a farm town. It expanded as the community did.

New City's population grew with the construction of the New York State Thruway and the Palisades Interstate Parkway, Clarkstown historian Robert Knight said. In the mid-20th century, the store began to focus on hardware and building supplies, including lumber.

"They were right in the heart of everything," Knight said. "They initially supplied all of the lumber and building materials for all of the new housing after World War II."

Caliber Builders Inc. has proposed luxury condominiums for senior citizens at the 5-acre property, which is still the site of the New City train station.

At a time when Clarkstown officials are seeking to revitalize downtown New City, the owner of the old Bradlees shopping center in New City, Alfred Weissman of MAK Development Corp. in Englewood Cliffs, N.J., intends to acquire the station, restore it and create a railroad motif at the plaza.

Willows, who has worked for the DeBevoise family for 37 years and whose new store is adjacent to the plaza said, "It'll be nice to see it there."

Reach Christina Jeng at cjeng@lohud.com or 845-578-2497.

*Joe Termini of Congers, right, a longtime customer, says goodbye to William "Billy" DeBevoise, owner of Vanderbilt's for the past 43 years.* — Vincent DiSalvio/The Journal News

 

## Vanderbilt lumberyard to close 2

William John DeBevoise- Going to see(Latin,Voy) (Phenetic anagram) Dead
Sean William DeBevoise-Going to see dead, mail will

-This is literally a published article in a newspaper of supposedly my "Father," sealing the deal to have me killed in Iraq a month before I was set up. He called me around this time and told me he did something that might affect me, and this was it.

-This was solved before it occurred in Iraq; and authorities have covered it up and withheld information from me because I was being human trafficked authorities associated with a pedophile, neo-nazi, and used in Epstein's "Elite Ring" and attempted to dispose of me in Iraq. These are the same terrorists responsible for the Attacks on 9/11.
-I have been used, drugged, and abused my entire life and now when I need help you are allowing this to happen again after they attempted to kill me by poisoning. Your sheriff is helping pedophiles, the entire Iraq war and Abu Ghraib scandal was caused by White supremacists killing their own kind. This is obliviously wrong.





Established 1896- "Established Now 86(kill) nnei(phenetic knee or NE)



## Fake birth certificate

    I have survived some of the darkest nights in U.S. history. I am the biggest patriot and supporter of the law. While I am discovering disturbing facts about what I have lived through, the following is why I could not solve this problem

    The sheriff department ran drills in case of retaliation of what they did to me, but I didn't know at the time
- Multiple doctors are lying to me and mistreating me, distracting and making my already difficult life more complicated

    -Detective Moore advised me to remove my "Parents," from my emergency contact without telling me why; inferring she obviously knew they were not good without giving me reason why
- Authorities are leading me on a made-up trail while this was all solved without telling me
- This event would me the 2nd major attempt of my "Captors," to murder me that I know of,1st attempt was in Iraq and I have been saying something was wrong since then
- Authorities are actively preventing me from figuring this out by withholding information that puts my life in a very dangerous scenario
- I am being stalked by doctors and authorities, which doesn't bother me because I am not doing anything wrong, but it doesn't mean it is alright
- I am not a criminal and highly educated
- My loyalty to law enforcement is why I am in this dangerous situation
- This crime was solved before it occurred and because I survived something I was not supposed to authorities are sabotaging my life instead of holding the criminals accountable, because it makes people look bad

Some will argue that my Captor raised me to be a "Home Grown Terrorist," while this may be true I don't truly know, I am at least smart enough to realize this doesn't make sense, and who better to fight other terrorists than one who was trained similarly but to defend the U.S.. This happened the night I was wounded in Iraq.

Knowing what I know now, I was in fact "Trafficked by my "Father," and my hometown police department.
-my uncle was the chief of Clarkstown Police Department
- I casually worked out in the Police Department Gym
- It's obvious they were tracking/stalking my vehicle in accordance with my "Captor"
- The Homegrown terrorists aren't being discovered because the authorities are the ones breeding them

Some might call me a rat or make people look bad/ They are making themselves look bad and this is a disgrace to our country. Numerous amounts of my friends and good men are dead from these actions, that could have been prevented
-Authorities knew about this plan before it happened and let it happen to cover evidence, but I survived.
-Authorities knew they trafficked me for film industry, Epstein and Abu Ghraib
-They were watching me or most likely my captor from Epstein and ended in the Abu Ghraib Scandal to be disposed, two separate investigations lead to one big one
-The night I was wounded in Iraq before the mission, a man I never seen before told me he could stop this; I thought it was a normal mission; he knew it wasn't because they were watching and most likely knew about the article my "Father," published
-Everything I have survived is betrayal of trust on every level
-Every person I should and am trusting are not doing their part so I can't figure out my part


Withholding a public announcement of murder and then running drills in case of retaliation.
Authorities are not acknowledging the article because everything that happened to me is their fault and there's no denying they didn't know... my uncle was the police chief, Jimmy Mccormik got hired onto Clarkstown Police Department. Knowing now I was a "Trophy" in Epstein's ring.
-Feral child
-Dr. Plotkin steroids
-I knew all the police officers and worked out in the police department gym

Doctor's who tried to kill me
-Dr. Tighe-lost license by staff for convincing me off my medication
-Dr. Karuso-Harassed, gaslighting
-Nadine Shivers P.A.-harassed, gaslighting
-Dr. Paterson-cut off
-Dr. Singh-to much

Same Latin anagram language


# On a personal note, this is a disgrace to humanity.

**Nigel M. Edge**
157 Northwest 10ᵗʰ St, Oak Island, NC 28465 • (910) 338-6314 • Nigeledge3@gmail.com

Combat wounded Marine veteran and non-commissioned officer who served in elite special operator role performing surveillance, reconnaissance, intelligence analysis and long-range marksmanship. Planned operations with leadership to perform counterinsurgency missions and apprehension of high value targets. Also serves as advocate and spokesperson for wounded veterans, giving speeches and media interviews and participating in fundraisers to support non-profit serving wounded veterans; additionally, raised awareness of student veteran needs on community college campus with school administration.

## Education

**St. Andrews University**, Laurinburg, NC
May 2015
**Master's in Business Administration**(partial)

**Bachelor of Science, Interdisciplinary Studies**
May 2014
Concentrations in Biology and Psychology; Minor in Art
Senior Thesis researched-Interdisciplinary studies major focuses on the interactions of Biology, Psychology, and Art within the individual and globally, evaluating the balance of war and humanity. This is a unique area of study providing up to date data and analysis of cause and events of mankind both past and present. Using my firsthand unique experience of the world I have developed an individual perspective on the world that allows me to express what it is to be human in the best, worst and even spiritual ways.
GPA: 3.35; Dean's List

**Richmond Community College**, Hamlet, NC
May 2009
**Associate Degree - General Education**

**Cape Fear Community College**, Wilmington, NC
May 2008
**Certificate in Paralegal Technology - Civil Litigation Track**
- Featured in documentary entitled "The Wounded Come Home", coordinated by UNC film professor Lou Buttino.
- Invited to give speech at campus Veteran's Day commemoration.
- Advised Dean on ways school could support student veterans; influenced creation of veteran meeting space on campus.

## Military Experience

**United States Marine Corps,** Camp LeJeune, NC, Haiti, Iraq        September 2003 - June 2009

**Wounded Warrior Regiment**
October 2006 - June 2009

**2nd Reconnaissance Battalion,** Camp LeJeune, NC & Iraq    November 2005 - October 2006
**Sergeant/Scout Sniper**
0321/8541One of only 300 scout snipers in Marine Corps and graduate of world's most elite and difficult sniper school, which requires excellent physical and mental fitness. Trained as special operator to provide reconnaissance, surveillance and long-range marksmanship from concealed locations to support maneuvering units.
- Team leader of 6 man sniper team, selected for leadership role as only school-trained sniper; managed day-to-day operations, training, discipline, health and welfare, and highest level of unit readiness.
- Planned missions supporting counterinsurgency operations in consultation with platoon leadership by reviewing mission statements, determining human and equipment resources, developing timelines, delegating responsibilities and ensuring team had all necessary supplies.
- Researched and analyzed data from military intelligence database and ran reports to plan and support strategies and goals of operations.
- Conducted surveillance and reconnaissance to collect intelligence on potential insurgent activity and provided reports and pictures to command for mission planning.
- Participated in prisoner apprehensions to take suspects into questioning and document identities, conducted raids of suspicious sites and provided support to security and infantry operations.

**3rd Battalion, 8th Marine Division,** Camp LeJeune, NC, Haiti, Iraq    April 2004 to November 2005
**Scout Sniper**
- 0351 Anti-Tank Assaultman; trained with Tank identification, Javelin(shoulder fired antitank missile), SMAW(Shoulder-launched Multipurpose Assault Weapon), and improvised explosives.
- Provided surveillance, concealed security and quick reaction force combat support to units conducting apprehensions of high value targets in Iraq and other missions.
- Gathered intelligence by building relationships with locals and conducting surveillance and reconnaissance of suspicious sites.
- Served as vehicle commander for 4-man Humvee team during deployment to Haiti providing security and support for humanitarian operations; ensured Marines were briefed and supplied.
- Escorted high-level dignitaries as well as prisoners; searched prisoners and confiscated weapons.
- Guarded checkpoints and US embassy, conducted security patrols and guarded humanitarian operations.

**Volunteer Experience**

**Hope For The Warriors,** Jacksonville, NC
2006 - Present
- Participated in athletic events and retreats with non-profit serving wounded warriors.
- Served as spokesperson at events and fundraisers, giving speeches and media interviews.

- Invited to attend annual gala as member of organization's hand cycle team; guest of honor when organization rang opening hell at NASDAQ.
- Attended Care Coalition Conference, an event for organizations and military personnel involved with providing care to wounded Special Operations troops, to advise Executive Vice President on how coalition could serve Marines.

## Certifications and Skills

- CPR
- Gunsmith, Penn Foster Career School, Scranton, PA: repair, maintenance and construction of weapons
- Weapons Qualification: Colt 45 and Remington Model 700/M40
- Knowledge of M9 pistol, M203 grenade launcher, M249 squad automatic weapon (SAW), M240G machine gun, M2HB .50 caliber machine gun, MK19 grenade launcher, M136 84mm launcher and high-explosive anti-tank cartridge (AT-4)
- Possessed security clearance (expired)
- Owned and Operated "Game On" Fishing Charters
- 30 Ton Coast Guard Captains License
- Published Author of Personal Memoir "**Headshot**"
- Owned and Operated "**Ancient Ways in a Modern World**"
- Metal Sculpting
- Wood Carving of "Island Tiki`s"
- EMT trained

## Relevant Military Training

- Terrorism Awareness
- Reconaissance Tactics
- Operations Against Guerrilla Units
- Marine Corps Leadership
- Commissioned Officer
- Weapons
- Sergeants Distance Education Program
- Principles of Instruction for the Marine Non

## Honors

- Honor Graduate - Boot Camp
- Purple Heart
- Good Conduct Medal
- Combat Action Ribbon
- Humanitarian Medal
- Expeditionary Medal
- Global War on Terrorism Medals

- National Defense Service Medal
- Expert Award, Rifle Badge

- Scholarship recipient - Ruth May Seberry Memorial Scholarship from Chapter 333 of Vietnam Veterans of America (2008)
- Scholarship recipient – from Michael Stapleton Associates (2010)

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) DEBEVOISE Sean William | 2. DEPARTMENT, COMPONENT AND BRANCH USMC-11 | 3. SOCIAL SECURITY NUMBER 122 68 6320 |
|---|---|---|
| 4a. GRADE, RATE OR RANK Sgt | b. PAY GRADE E-5 | 5. DATE OF BIRTH (YYYYMMDD) 19841025 | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY MEPS Albany NY 12207 | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 66 Woodbine Road New City NY 10956 |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND WWBn East II MEF CamLej NC 28542 | b. STATION WHERE SEPARATED IPAC MCB CamLej NC 28542 (RUC 45020) |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED CMC (MMSB-20) RUC 54885 | 10. SGLI COVERAGE [ ] NONE AMOUNT: $ 400,000 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 0351, Assualtman 3 years 6 months 0321, Reconnaissance Man, 1 year 11 months | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2003 | 09 | 23 |
| | b. SEPARATION DATE THIS PERIOD | 2009 | 06 | 30 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 05 | 09 | 08 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | f. FOREIGN SERVICE | 00 | 10 | 22 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2007 | 08 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) Purple Heart, Marine Corps Good Conduct Medal, Combat Action Ribbon (Iraq), Iraq Campaign Medal (w/ two bronze stars), Humanitarian Service Medal, Sea Service Deployment Ribbon, Armed Forces Expeditionary Medal, Global War on Terrorism Expeditionary Medal (Haiti), Global War on Terrorism Service Medal, National Defense Service Medal, Rifle Qualification Badge (Expert 2d Awd). | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) Scout Sniper course, 8 wks, Dec 04, Anti Tank Assaultman course, 8 wks, Apr 04. |
|---|---|

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | YES | X NO |
|---|---|---|
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X YES | NO |

| 16. DAYS ACCRUED LEAVE PAID RLB: 60.0 SLB: 0.0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | X NO |
|---|---|---|---|

**18. REMARKS**
SER: 45020-2009-0626
Good Conduct Medal period commences 20060923.
SNM contributed to the MGIB $1,800.00.
Non Creditable Delayed Entry Program Time (20030610-20030923).
MBR rates 100% disability per VA codes 8045/8520/8615.

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) 1509 Welch Way Wilmington NC 28411 | b. NEAREST RELATIVE (Name and address - include ZIP Code) Rachel M Debevoise (Wife) 1509 Welch Way Wilmington NC 28411 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO NC | DIRECTOR OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED *Sean Debevoise* | 22. OFFICIAL AUTHORIZED TO SIGN (Type name, grade, title and signature) M. J. ZAYAS, SSGT, PERSCHF, USMC |
|---|---|

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION Retired. | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|
| 25. SEPARATION AUTHORITY MARCORSEPMAN PAR 8201 | 26. SEPARATION CODE SFJ1 | 27. REENTRY CODE RE-3P |
| 28. NARRATIVE REASON FOR SEPARATION | DISABILITY, PERMANENT | |
| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) None | 30. MEMBER REQUESTS COPY 4 (Initials) | |

**DD FORM 214, FEB 2000**   PREVIOUS EDITION IS OBSOLETE.   **MEMBER - 4**

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| DEBEVOISE Sean William | USMC-11 | 122 68 6320 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| Sgt | E-5 | 19841025 | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| MEPS Albany NY 12207 | 66 Woodbine Road<br>New City NY 10956 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| WWBn East II MEF CamLej NC 28542 | IPAC MCB CamLej NC 28542 (RUC 45020) |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| CMC (MMSB-20) RUC 54885 | AMOUNT: $ 400,000 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 0351, Assualtman 3 years 6 months<br>0321, Reconnaissance Man, 1 year 11 months | a. DATE ENTERED AD THIS PERIOD | 2003 | 09 | 23 |
| | b. SEPARATION DATE THIS PERIOD | 2009 | 06 | 30 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 05 | 09 | 08 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | f. FOREIGN SERVICE | 00 | 10 | 22 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. EFFECTIVE DATE OF PAY GRADE | 2007 | 08 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| Purple Heart, Marine Corps Good Conduct Medal, Combat Action Ribbon (Iraq), Iraq Campaign Medal (w/ two bronze stars), Humanitarian Service Medal, Sea Service Deployment Ribbon, Armed Forces Expeditionary Medal, Global War on Terrorism Expeditionary Medal (Haiti), Global War on Terrorism Service Medal, National Defense Service Medal, Rifle Qualification Badge (Expert 2d Awd). | Scout Sniper course, 8 wks, Dec 04, Anti Tank Assaultman course, 8 wks, Apr 04. |

| | | YES | NO |
|---|---|---|---|
| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | | X |
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | | X | |

| 16. DAYS ACCRUED LEAVE | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| PAID RLB: 60.0 SLB: 0.0 | | | X |

**18. REMARKS**
SER: 45020-2009-0626
Good Conduct Medal period commences 20060923.
SNM contributed to the MGIB $1,800.00.
Non Creditable Delayed Entry Program Time (20030610-20030923).
MBR rates 100% disability per VA codes 8045/8520/8615.

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include ZIP Code) |
|---|---|
| 1509 Welch Way<br>Wilmington NC 28411 | Rachel M Debevoise (Wife)<br>1509 Welch Way<br>Wilmington NC 28411 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | NC | DIRECTOR OF VETERANS AFFAIRS | X YES | NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. OFFICIAL AUTHORIZED TO SIGN (Type name, grade, title and signature) |
|---|---|
| *Sean DeBevoise* | M. J. ZAYAS, SSGT, PERSCHF, USMC |

DD FORM 214, FEB 2000     PREVIOUS EDITION IS OBSOLETE.     MEMBER - 1
Adobe Professional 7.0

| RECONSIDERATION | Findings of the Physical Evaluation Board Proceedings | | | | Ref. # P208nm02639 |
|---|---|---|---|---|---|
| Date Printed 16 Apr 2008 | | | | | Page 1 |

## PERSONNEL DATA

| 1. Name | 2. SSN | 3. Rate/Rank | 4. Service | 5. MOS | |
|---|---|---|---|---|---|
| DEBEVOISE, Sean W | 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 | SGT | USMC | | |

## PHYSICAL EVALUATION BOARD

7. The Board convened at: NCPB, Washington DC, 16 Apr 2008 to consider the MedBoard originated at: Camp Lejeune, NC

Board Membership Consisted of:
Capt., USNR, Medical Officer
Col, USMCR, Line Officer
Col., USMC, Line Officer

## FINDINGS

| 8. Finding | 9. Recommended Disposition | 10. Combined Disability Rating |
|---|---|---|
| Unfit | To Be Placed on the Temporary Disability Retired List | 70% |

## DIAGNOSES AND RATINGS

| Category I: Unfitting Conditions | VA Diagnostic Codes | Disability Rating or Reason if not rated |
|---|---|---|
| 1. STATUS POST FOUR GUNSHOT WOUNDS, ONE TO THE HEAD WITH CRANIAL PENETRATION (E991Z) | 8045-8615 | 0% |
| | | Bilateral Factor Applied Here |
| | 8045-8510 | 10% |
| | | Bilateral Factor Applied |
| | 8045-8520 | 40% |
| | | Bilateral Factor Applied |
| | 8045-9304 | 10% |
| | 8045-8910 | 10% |
| | 5303 | 20% |
| | | Bilateral Factor Applied Here |

1.1. TRAUMATIC BRAIN INJURY (1488). Related Category 2 Diagnosis.

1.2. POSTTRAUMATIC STRESS DISORDER, CHRONIC (E3410). Related Category 2 Diagnosis.

## ADDITIONAL FINDINGS

11. a. The disability was incurred while entitled to receive basic pay.
    b. The disability did not occur during a period of unauthorized absence.
    c. The disability is not the result of intentional misconduct or willful neglect.
    d. The disability did occur after 14 Sep 1978.

12. The disability may be permanent.

13. a. The disability was the direct result of a combat related injury as defined by Title 26 U.S. Code Section 104(b)(3).
    b. The board finds further that the disability was incurred in the line of duty as a direct result of armed conflict.

14. All board members concurred.

**DEMAND FORMAL HEARING**

T. M. Kincer, HMC, USNR
By Direction