UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

(Court Level and Jurisdiction)

**FILED**

DEC 16 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ZMA_____ DEP CLK

Nigel Max Edge

Plaintiff

-vs-

Sandra Lynn DeBevoise

Defendant

7:24-CV-1086-FL
(Case I.D. Number)

## AFFIDAVIT

I, Sandra Lynn DeBevoise, of Southport, in Brunswick County, North Carolina, MAKE OATH AND SAY THAT:

1. Denial of each and every allegation made against William and Sandra DeBevoise in this civil action No. 7:24-CV-1086-FL

2. William and Sandra are not LGBQT White Suprēmist Pediophiles and deny this allegation entirely

3. William and Sandra deny falsifying any birth certificate

4. William and Sandra deny human trafficking and Pedophilia by LGBQT or running pedophile sex rings

Page 1 of 3

5.  William and Sandra deny any kidnapping and drugging the plaintiff for monetary gain in the film industry

6.  William and Sandra deny any attempt of murder by overdosing blood pressure medication or any other means of murder

7.  William and Sandra deny any attempt to turn the plaintiff into "Home Grown Terrorist"

8.  William and Sandra deny publishing publicly going to have the plaintiff murdered and deny any knowledge of LGBTQ language

9.  Sandra DeBevoise denies any attempt of strangulation in Bethesda Maryland Hospital

10. William DeBevoise denies asking the doctor if they could put the plaintiff down (like a dog) and telling them to do it. William DeBevoise never stated "nice knowing you" and never pushed the call button thinking it would "end me" (the plaintiff)

11. Plaintiff suffers from war injuries and he suffers from delusions and PTSD. The VA needs to take care of him!!!

STATE OF ~~NORTH CAROLINA~~ Florida

COUNTY OF ~~BRUNSWICK~~ Hillsborough

SUBSCRIBED AND SWORN TO BEFORE
ME, on the **12** day of
**December** , **2024**

Signature
**Ashley Kuykendall** (Seal)
NOTARY PUBLIC
My Commission expires:
**Jan 15, 2028**

_Sandra Lynn DeBevoise_
(Signature)

Sandra Lynn DeBevoise

ASHLEY KUYKENDALL
Notary Public, State of Florida
Commission# HH 470322
My comm. expires Jan. 15, 2028
NOTARY PUBLIC

Page 3 of 3

©2002-2024 LawDepot.com®