UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
(Court Level and Jurisdiction)

Nigel Max Edge

Plaintiff

-vs-

William John DeBevoise and Sandra Lynn DeBevoise

Defendants

7:24-CV-1086-FL
(Case I.D. Number)

## AFFIDAVIT

I, William John DeBevoise, of Southport, in Brunswick County, North Carolina, MAKE OATH AND SAY THAT:

1. Denial of each and every allegation made against William and Sandra DeBevoise in this civil action No.7:24-CV-1086-FL

2. William and Sandra are not LGBQT White Supremacist Pedophiles and deny this allegation entirely

3. William and Sandra deny falsifying any birth certificate

4. William and Sandra deny human trafficking and Pedophilia by LGBQT or running pedophile sex rings

Page 1 of 3

5. William and Sandra deny any kidnapping and drugging the plaintiff for monetary gain in the film industry

6. William and Sandra deny any attempt of murder by overdosing blood pressure medication or any other means of murder

7. William and Sandra deny any attempt to turn the plaintiff into "Home Grown Terrorist"

8. William and Sandra deny publishing publicly going to have the plaintiff murdered and deny any knowledge of LGBTQ language

9. Sandra DeBevoise denies any attempt of strangulation in Bethesda Maryland Hospital

10. William DeBevoise denies asking the doctor if they could put the plaintiff down(like a dog) and telling them to do it. William DeBevoise never stated "Nice knowing you" and never pushed the call button thinking it would "End me"(the plaintiff)

11. Plaintiff suffers ptsd from war injuries and we think he suffers from delirium and requires psychiatric care.

STATE OF ~~NORTH CAROLINA~~ Florida

COUNTY OF ~~BRUNSWICK~~ Hillsborough

SUBSCRIBED AND SWORN TO BEFORE ME, on the __12__ day of __December__, __2024__

Signature
_Ashley Kuykendall_ (Seal)
NOTARY PUBLIC

My Commission expires:
__Jan. 15, 2028__

_____
(Signature)

William John DeBevoise

**ASHLEY KUYKENDALL**
Notary Public, State of Florida
Commission# HH 470322
My comm. expires Jan. 15, 2028