

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700  
Fax (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

December 16, 2024

William John DeBeVoise
Sandra Lynn DeBeVoise
1820 N. Pebble Beach Blvd
Sun City Center, FL 33573

RE:      Edge v. United States of America et al
          Case No: 7:24-cv-1086-FL

Dear Mr. and Mrs. DeBeVoise:

Each non-government party must complete a disclosure statement and, if appearing without counsel, must file a notice of self representation. The forms must be completed on the forms provided by the clerk's office. Pro se filers must file the notice of self representation and not a notice of appearance, which is required by counsel. Federal Rule 7.1 outlines the requirements to make the disclosure statement:

(a) WHO MUST FILE; CONTENTS. A non-governmental corporate party must file a disclosure statement that: (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; **or (2) states that there is no such corporation.** (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must: (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and (2) promptly file a supplemental statement if any required information changes.

I am enclosing blank forms. Please complete and return these forms within 14 days. Helpful information may also be found on our court's website at www.nced.uscourts.gov If you have any questions, please feel free to call me.

                                     Sincerely,
                                     Peter A. Moore, Jr., Clerk of Court

                                     /s/ Sandra K. Collins
                                     By: Sandra Collins, Deputy Clerk
                                     252-638-7501