UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO.: 7:24-CV-1086-FL

| | |
|---|---|
| **NIGEL MAX EDGE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>)<br>**UNITED STATES OF AMERICA, WILLIAM** )<br>**JOHN DEBEVOISE, SANDRA LYNN** )<br>**DEBEVOISE, JIMMY MCCORMICK,** )<br>**OFFICER BARRY, CLARKSTOWN POLICE** )<br>**DEPARTMENT, DETECTIVE MOORE,** )<br>**BRUNSWICK COUNTY SHERIFF'S** )<br>**DEPARTMENT, OAK ISLAND POLICE** )<br>**DEPARTMENT, TINA ATHERAL, ROBIN** )<br>**KELLEHER, HOPE FOR THE WARRIORS,** )<br>**SEAN MANDALL, CRIMINAL** )<br>**INVESTIGATIVE DIVISION CAMP** )<br>**LEJEUNE, 22 UNTIL NONE, SKIP** )<br>**LAWRENCE, MICHAEL WILLOWS and** )<br>**JOHN MCSHARAR,** )<br>)<br>**Defendants.** ) | **DEFENDANTS JIMMY**<br>**MCCORMICK AND CLARKSTOWN**<br>**POLICE DEPARTMENT'S MOTION**<br>**TO DISMISS** |

NOW COMES the Defendant, Jimmy McCormick ("McCormick"), an individual, and the Clarkstown Police Department ("Clarkstown"), a municipality, (collectively "Defendants"), by and through their attorney, and hereby moves this Court for an order dismissing Plaintiff's Amended Complaint pursuant to Rules 12(b)(2), 12(b)(3), 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure for lack of personal jurisdiction and insufficiency of service of process, improper venue, and for failure to state a claim upon which relief can be granted.

This 18 day of December, 2024.

        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

        /s/Michael S. Rothrock
        Michael S. Rothrock, NC Bar # 38469
        150 Fayetteville Street, Suite 300
        Raleigh, NC 27601
        T: (984)-268-2121
        F: (984) 268-2120
        michael.rothrock@wilsonelser.com
        *Attorney for Defendants Clarkstown Police Department and Officer Jimmy McCormick*

# CERTIFICATE OF SERVICE

I certify that I have filed this document through the Court's ECF/electronic filing system and by depositing a copy of the same in the United States Mail which constitutes service on the following parties:

Nigel Max Edge
157 NW 10th Street
Oak Island, NC 28465
nigeledge3@gmail.com
*Pro Se Plaintiff*

Nicholas D. Acevedo
Womble Bond Dickinson LLP
One West Fourth Street
Winston-Salem, NC 27101
Nick.acevedo@wbd-us.com
*Attorneys for Defendants Detective Christina Moore and Brunswick County Sheriff's Department*

Christopher J. Geis
Womble Bond Dickinson (US) LLP
One West Fourt St.
Winston-Salem, NC 27101
Chris.Geis@wbd-us.com
*Attorney for Defendants Detective Christina Moore and Brunswick County Sheriff's Department*

Robert Hornik, Jr.
Lydia E. Lavelle
The Brough Law Firm, PLLC
12 E. Franklin St., Ste. 200
Chapel Hill, NC 27514
hornik@broughlawfirm.com
lavelle@broughlawfirm.com
*Attorneys for Oak Island*

William John DeBeVoise
Sandra Lynn DeBeVoise
1820 N. Pebble Beach Blvd
Sun City Center, FL 33573
*Pro Se Defendants*

This 18th day of December, 2024.

                    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                    /s/Michael S. Rothrock
                    Michael S. Rothrock, NC Bar # 38469
                    150 Fayetteville Street, Suite 300
                    Raleigh, NC 27601
                    T: (984)-268-2121
                    F: (984) 268-2120
                    michael.rothrock@wilsonelser.com
                    *Attorney for Defendants Clarkstown Police Department and Jimmy McCormick*