UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| NIGEL MAX EDGE ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:24-CV-1086-FL |
| UNITED STATES OF AMERICA, SKIP ) | |
| LAWRANCE, JOHN MCSHARAR, ) | |
| MICHEAL WILLOWS, WILLIAM JOHN ) | |
| DEBEVOISE, SANDRA LYNN ) | |
| DEBEVOISE, CLARKSTOWN POLICE ) | |
| DEPARTMENT, JIMMY MCCORMIK; ) | |
| OFFICER BARRY, BRUNSWICK ) | |
| COUNTY SHERIFF'S DEPARTMENT, ) | |
| DETECTIVE MOORE, OAK ISLAND ) | |
| POLICE DEPARTMENT, HOPE FOR ) | |
| THE WARRIORS (FBI), TINA ) | |
| ATHERAL, ROBIN KELLEHER, ) | |
| CRIMINAL INVESTIGATIVE DIVISION ) | |
| CAMP LEJEUNE, SEAN MANDALL ) | |
| (Neas Man lab); and 22 UNTIL NONE. ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 13, 2025, and for the reasons set forth more specifically therein, it is ordered that defendants' motions to dismiss are GRANTED.

**This Judgment Filed and Entered on March 13, 2025, and Copies To:**
Nigel Max Edge (via US mail)  157 NW 10th Street, Oak Island, NC 28465
Rudy Renfer (via CM/ECF Notice of Electronic Filing)
William and Sandra DeBeVoise (via US mail) 1820 N. Pebble Beach Blvd, Sun City Center, FL 33573
Michael Rothrock / Peter Clements (via CM/ECF Notice of Electronic Filing)
Christopher Geis / Nicholas David Acevedo (via CM/ECF Notice of Electronic Filing)
Norwood Blanchard, III / Robert Hornik, Jr. (via CM/ECF Notice of Electronic Filing)
David Edward Kouba (via CM/ECF Notice of Electronic Filing)

March 13, 2025                    PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K.Collins
                                      (By) Sandra K. Collins, Deputy Clerk