FILED: August 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1261
(7:24-cv-01086-FL)

_____

NIGEL MAX EDGE

       Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; WILLIAM JOHN DEBEVOISE; SANDRA LYNN DEBEVOISE; JIMMY MCCORMICK, Clarkstown Police Department; OFFICER BARRY, Clarkstown Police Department; CLARKSTOWN POLICE DEPARTMENT; DETECTIVE MOORE, Brunswick County Sheriff's Department; BRUNSWICK COUNTY SHERIFF'S DEPARTMENT; OAKS ISLAND POLICE DEPARTMENT; TINA ATHERAL, Hope for the Warriors (FBI); ROBIN KELLEHER, Hope for the Warrior (FBI); HOPE FOR THE WARRIORS (FBI); SEAN MANDALL, Neas Man Lab - Criminal Investigative Division Camp Lejeune; CRIMINAL INVESTIGATIVE DIVISION CAMP LEJEUNE; 22 UNTIL NONE; SKIP LAWRANCE; MICHAEL WILLOWS; JOHN MCSHARAR

       Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered June 17, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Nwamaka Anowi, Clerk